IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NAUTILUS INSURANCE,

    Plaintiff,

v.                                                              4:13cv536-WS/CAS

CHARLES FERRELL,
DELL SCHNEIDER, and
SUNSET ISLE PARTNERS, LLC,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 23) docketed September 17, 2014.  No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 23) is hereby ADOPTED and incorporated by reference in this order.

2.  Plaintiff's motion for summary judgment (doc. 17) is GRANTED, and it is DECLARED that Nautilus Insurance Company (1) has no duty to defend or indemnify Sunset Isle Partners, LLC, or Dell Schneider, and (2) is entitled to be reimbursed for sums incurred in the defense of the underlying state court action filed by Charles Ferrell in Franklin County, Florida.

3.  The clerk shall enter judgment stating: "Pursuant to 28 U.S.C. § 2201 and consistent with this court's order docketed October 22, 2014, summary declaratory judgment is entered in favor of Nautilus Insurance Company."

4.  Costs shall be taxed against Defendants.

DONE AND ORDERED this   22nd   day of   October  , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE